Exhibit"2"

