Exhibit "4"

